UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **09-CV-61910-Lenard-Turnoff**

HORST HEINRICH BREMER,
an individual,

    Plaintiff,

vs.

DENTAL CARE ALLIANCE, LLC,
a Florida limited liability company,

    Defendant.
_____/

FILED by VT D.C.
ELECTRONIC

Dec. 2, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## COMPLAINT FOR DAMAGES AND INCIDENTAL RELIEF

Plaintiff, Horst Heinrich Bremer, an individual, sues Defendant, Dental Care Alliance, LLC, a Florida limited liability company, and alleges:

### INTRODUCTION

1. This is an action for violation of 15 U.S.C. §1692, *et seq.*, known more commonly as the "Federal Fair Debt Collection Practices Act" ("FDCPA").

### JURISDICTION

2. Jurisdiction of this Court arises under 15 U.S.C §1692k and 28 U.S.C.§1337.

### ALLEGATIONS AS TO PARTIES

3. Plaintiff, Horst Heinrich Bremer ("Mr. Bremer") is *sui juris* and a resident of Broward County, Florida.

4. Defendant, Dental Care Alliance, LLC ("DCA"), is a Florida limited liability company doing business in Broward County, Florida.

## *FACTUAL ALLEGATIONS*

5. At some unknown time in the past, an unknown dentist provided dental treatment to an unknown person at an unknown location.

6. As a result of the dental treatment, the unknown dental care provider billed the amount of Twenty Six Dollars and 41/100 Cents ($26.41) ("Dental Bill") to the unknown patient.

7. Mr. Bremer does not have any personal knowledge concerning the facts and circumstances surrounding the creation of the Dental Bill. To the best knowledge of Mr. Bremer, he has not incurred any debts to any dental care providers that have remained unpaid.

8. During the last several years, Mr. Bremer has been the victim of a mixed or merged consumer file. In particular, a person by the name of "Horst Premer" of 8551 La Prada Drive, Apt. 2114, Dallas, Texas 75228-5077 ("Mr. Premer"), has apparently had his consumer information mixed or merged with that of Mr. Bremer.

9. Mr. Bremer is not Mr. Premer and has never held himself out as Mr. Premer.

10. On or about August 16, 2009, DCA sent or caused to be sent to Mr. Bremer at his home as 8205 N.W. 72nd Avenue, Tamarac, Florida 33321, a written communication known more commonly in the collection industry as a "dunning letter" for the purpose of collecting monies purportedly owed under the Dental Bill ("Dunning Letter").

11. A true and correct copy of the Dunning Letter is attached hereto as Exhibit "A."

12. The Dunning Letter was the first communication sent to Mr. Bremer by DCA.

13. At the time of the receipt of the Dunning Letter, Mr. Bremer could not discern that the Dunning Letter was from a debt collector as a result of *inter alia* the trade name "Dental Care Alliance" which would suggest to the least sophisticated consumer that Defendant was a dental care provider as opposed to a business engaged in the collection of the debts of another.

14. Pursuant to the Dunning Letter, DCA advised Mr. Bremer of the following:

> We would appreciate resolving this matter with us before any
> further action takes place including but not limited to negative
> credit reporting and or a judgment against you.

15. By information and belief, DCA did not have the intention or ability to take "further action" of either reporting the Dental Bill to a consumer reporting agency or taking a judgment against Mr. Bremer at the time the Dunning Letter was sent or caused to be sent to Mr. Bremer by DCA.

## COUNT I - ACTION FOR VIOLATION OF THE
## FEDERAL FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. §1692 *ET SEQUI.)*

16. This is action for violation of 15 U.S.C. §1692, *et sequi*, known more commonly as the "Fair Debt Collection Practices Act" ("FDCPA")

17. Mr. Bremer realleges and reaffirms the allegations contained in Paragraphs 1 through 15 above as if set forth hereat in full.

18. At all times material hereto, Mr. Bremer was a "consumer" as said term is defined under 15 U.S.C. §1692a(3).

19. At all times material hereto, the unknown dentist was a "creditor" as said term is defined under 15 U.S.C. §1692a(4).

20. At all times material hereto, the Dental Bill was a "debt" as said term is defined under 15 U.S.C. §1692a(5)

21. At all times material hereto, DCA was a "debt collector" as said term is defined under 15 U.S.C. §1692a(6).

22. 15 U.S.C. §1692e(11) provides in pertinent part the following:

> The failure to disclose in the initial written communication with
> the consumer and, in addition, if the initial communication with the

consumer is oral, in that initial oral communication, that the debt collector is attempting to collect a debt and that any information obtained will be used for that purpose, and the failure to disclose in subsequent communications that the communication is from a debt collector, except that this paragraph shall not apply to a formal pleading made in connection with a legal action.

23. The Dunning Letter failed to disclose to Mr. Bremer that the communication was from a debt collector in violation of 15 U.S.C. §1692e(11).

24. Pursuant to 15 U.S.C. §1692k, Mr. Bremer is entitled to recover statutory damages of $1,000.00, together with court costs and reasonable attorneys fees.

25. Mr. Bremer has retained the undersigned law office to represent his interest herein and is obligated to pay said law office a reasonable fee for its services.

WHEREFORE, Plaintiff, Horst Heinrich Bremer, an individual, demands judgment against Defendant, Dental Care Alliance, LLC, a Florida limited liability company, for damages, together with interest, costs and attorneys fees pursuant to 15 U.S.C. §1692k, and for such other and further relief as justice may require.

### DEMAND FOR JURY TRIAL

Plaintiff, Horst Heinrich Bremer, pursuant to Rule 38, Federal Rules of Civil Procedure, demands a trial by jury of all issues so triable.

ROBERT W. MURPHY
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
(954) 763-8660 Telephone
(954) 763-8607 Telefax
rphyu@aol.com

# DENTAL CARE ALLIANCE

1 South School Avenue, Suite 1000, Sarasota FL 34237-6046

August 16, 2009

Account Number: 32-103777

HORAST BREMER
8205 NW 70ND AVE
TAMARAC FL 33321-2706

Dear Patient,

We recently sent you correspondence requesting payment for your balance at your dental provider's office. To date, we have not heard from you. Your unpaid past-due balance is $26.41. We would appreciate resolving this matter with us before any further action takes place including but not limited to negative credit reporting and or a judgment against you.

Your payment can be made via check, money order, or by filling out the credit card information provided in the space below and returning it to the address listed below. Additionally, a credit card payment can be made by calling (888) 678-3563.

We are confident you are aware of this obligation and will resolve this matter at once, making continued collection efforts unnecessary.

Sincerely,

Janice Brown
Collection Agent

---

DENTAL CARE ALLIANCE
1 SOUTH SCHOOL AVENUE, SUITE 1000
SARASOTA FL 34237-6046

Please Detach Here And Return With Payment

| CREDIT CARD CHOICES | ☐ MASTERCARD | ☐ DISCOVER | ☐ VISA |
|---|---|---|---|
| CARD NUMBER | | | EXP. DATE |
| SIGNATURE | | | AMOUNT |

| Account Number | Date | Amount Due |
|---|---|---|
| 32-103777 | August 16, 2009 | 26.41 |

PAYMENT ENCLOSED $ _____

Send Payment To: (use enclosed envelope)

DENTAL CARE ALLIANCE
1 SOUTH SCHOOL AVENUE, SUITE 1000
SARASOTA FL 34237-6046

DC70816A   AUTO   MIXED AADC 926
7000001774 01.0008.0131 1774/1

HORAST BREMER
8205 NW 70ND AVE
TAMARAC FL 33321-2706



EXHIBIT "A"

%JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)  **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Horst Heinrich Bremer, an individual | Dental Care Alliance, LLC, a Florida limited liability company |
| (b) County of Residence of First Listed Plaintiff **Broward**<br>(EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant _____<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED. |
| (c) Attorney's (Firm Name, Address, and Telephone Number)<br>Robert W. Murphy, Esquire<br>1212 SE 2nd Avenue<br>Fort Lauderdale, FL 33316  (954)763-8660 | Attorneys (If Known) |

(d) Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☒ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

0:09-cv-61910-Lenard-Turnoff

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):
a) Re-filed Case ☐ YES ☒ NO   b) Related Cases ☐ YES ☒ NO
JUDGE _____   DOCKET NUMBER _____

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause **(Do not cite jurisdictional statutes unless diversity):**
Violation of 15 U.S.C. §1692 et sequi (Fair Debt Collection Practices Act)

LENGTH OF TRIAL via __2__ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD   DATE 12/1/09

FOR OFFICE USE ONLY
AMOUNT 350.00   RECEIPT # 548209   IFP